IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DALE KECK,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC, *c/o Illinois Corporation Service, Co.*,<br><br>Defendant. | Case No. 22-cv-308 JPG |

# **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 23, 2022**          MONICA A STUMP, Clerk of Court

                                                    **s/ Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**